| **Information to identify the case:** | |
|---|---|
| Debtor 1    **Lennox Taylor** | Social Security number or ITIN   **xxx–xx–6866** |
| First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** | Date case filed for chapter  **13   6/28/18** |
| Case number:   **1–18–43768–cec** | |

# NOTICE TO LANDLORD
# RE: RENT DEPOSIT

**NOTICE IS HEREBY GIVEN THAT:**

Attached is a **Check** or **Money Order** in the amount of $ 1700.00, made payable to Friedman Vartolo LLP at 85 Broad Street, Suite 501, New York, NY 10004 pursuant to your **consent** to receive the rent check deposited or for your **failure** to respond to the Notice of Compliance in reference to the above–captioned debtor. The rent was originally deposited on June 28, 2018, with the Clerk of Court located at:

UNITED STATES BANKRUPTCY COURT
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800


Dated: July 24, 2018

                                        For the Court, Robert A. Gavin, Jr., Clerk of Court


**BLrntdpt.jsp** [Notice To Landlord Re: Rent Deposit rev. 02/01/17]