Adam J. Friedman, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for Secured Creditor
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: | : -  |
|  | : CASE NO.: 18-43768 (CEC) |
| Lennox Taylor | : |
|  | : CHAPTER: 13 |
| Debtor(s) | : |
|  | : HON. JUDGE.: |
|  | : CARLA E. CRAIG |
|  | : |
|  | : |
|  | : |

-------------------------------------------------------------x :

# ORDER VACATING THE AUTOMATIC STAY AS TO THE REAL PROPERTY AND GRANTING IN REM RELIEF

Upon the motion, dated June 29, 2018, of Freidman Vartolo, LLP., attorneys for ~~the Secured Creditor, Secured Creditor,~~ SN Servicing Corporation as servicer for PRP II Pals Investments Trust, seeking entry of an order under Bankruptcy Code section 362(d)(1) for relief from the automatic stay with respect to the Movant's interests in the real property located at 40 Wellington Road, Elmont, NY 11003 (the "Property"), with prejudice and under Bankruptcy Code section 105 for *in rem* relief; and there being due and sufficient notice of the Motion; and upon the record of the hearing held by the Court on the Motion and all of the proceedings in this case; and after due deliberation, good and sufficient cause appearing for the relief granted herein, it is hereby,

<mark>Case 1-18-43768-cec    Doc 31    Filed 08/29/18    Entered 08/30/18 11:47:30</mark>

     **ORDERED**, that the Motion is granted as provided herein and that the Automatic Stay is vacated, in rem relief is granted ***pursuant 11 U.S.C. § 105(a) for a period of two years from entry of this order (CEC)***, and the fourteen (14) day stay after entry of this Order is waived, to permit the Movant to ~~institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to~~ *(CEC)* pursue the Movant's rights in the following real property more fully described as: 40 Wellington Road, Elmont, NY 11003; and it is further

     **ORDERED** that the Movant, its successors or assignees, may proceed with its rights and remedies under ~~the terms of the subject mortgage and pursue its state court remedies including, without limitation, by loss mitigation, foreclosure and eviction proceedings~~ ***applicable law with respect to the Property (CEC)***; and it is further

     **ORDERED**, that the Automatic Stay shall not apply ***with respect to the Property in*** ~~to~~ any future filings by the Debtor(s) Lennox Taylor, Co-Debtor, Joy A. Taylor, their successors, and or assigns, as against SN Servicing Corporation as servicer for PRP II Pals Investments Trust, its successors, or assigns, ~~to act as a bar on the State Court proceedings~~ for a period of two (2) years ***from the date of entry of this order (CEC)***; and it is further

     **ORDERED**, that the ~~Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code. The~~ Movant shall serve this Order on the Debtor(s), ~~any~~ ***and the*** trustee. ~~and any other party who entered an appearance on the Motion.~~ *(CEC)*



**Dated: Brooklyn, New York**
      **August 29, 2018**

_____
     **Carla E. Craig**
**United States Bankruptcy Judge**